**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **MIRANDA TAIT** | **CASE NO.  6:20-CV-00702** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **PRINCIPAL LIFE INSURANCE COMPANY, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

## ORDER

For the reasons set forth in the Ruling issued this date,

IT IS HEREBY ORDERED that the Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)

filed by Defendant Principal Life Insurance Company [ECF No. 7] is DENIED.

THUS DONE in Chambers on this 31st day of March, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE